August 31, 2007

Mr. Anthony G. Brocato
Law Offices of Anthony G. Brocato
550 Fannin Street, Suite 230
Beaumont, TX 77701
Mr. David M. Gunn
Beck, Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010

RE: Case Number: 06-0293
 Court of Appeals Number: 09-05-00338-CV
 Trial Court Number: E-172,354

Style: ROBERT F. FORD, JR.
 v.
 EXXON MOBIL CHEMICAL COMPANY, A DIVISION OF EXXONMOBIL CORPORATION

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. (Justice O'Neill not
sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lolita Ramos |
| |Ms. Carol Anne |
| |Flores |